Wilma Foy, appellee, v. Dealers Transport Company, appellant. Gen. No. 37,693.

Opinion filed January 28, 1935.

Stebbins, McKinley & Price, for appellant; William McKinley and Paul E. Price, of counsel. John G. Riordan, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Robert Bowman, plaintiff in error. Gen. No. 37,827.

Opinion filed January 28, 1935.

George T. Evans and Edmund C. Maurer, for plaintiff in error; Edward W. Everett, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth and John T. Gallagher, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. John Brosnan, plaintiff in error. Gen. No. 37,585.

Opinion filed January 28, 1935.

Louis Greenberg, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson and Amos P. Scruggs, Assistant State's Attorneys, of counsel.

Mr. Justice McSurely delivered the opinion of the court.